UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

                                      Case No. 15-cv-00864 SMV/LF

       v.

JILL D. COOK
and
MARK C. PIERCE,

                Defendants.

## ORDER GRANTING DEFENDANT MARK PIERCE'S UNOPPOSED MOTION TO WITHDRAW THE THIRD DEFENSE ASSERTED IN DEFENDANT MARK PIERCE'S ANSWER TO COMPLAINT

This matter, having come before the Court on Defendant Mark Pierce's Unopposed Motion to Withdraw the Third Defense Asserted in Defendant Mark Pierce's Answer to Complaint, the Court, having reviewed the Motion, ORDERS as follows:

Defendant Mark Pierce's Unopposed Motion to Withdraw the Third Defense Asserted in Defendant Mark Pierce's Answer to Complaint is granted. Accordingly, the withdrawal of the third defense asserted in Defendant Mark Pierce's Answer to Complaint for all purposes related to this action is hereby approved.

                                              By the Court:

                                              U.S. Magistrate Judge

Submitted by:

THOMPSON, HICKEY, CUNNINGHAM, CLOW,
APRIL & DOLAN, P.A.

By: /s/ David F. Cunningham
　　　David F. Cunningham
　　　Attorneys for Defendant Mark C. Pierce
　　　460 St. Michael's Drive, Suite 1000
　　　Santa Fe, New Mexico  87505
　　　(505) 988-2900

Approved as to form:

By: Approved via 1/26/16 email
　　　Polly Atkinson
　　　US Securities and Exchange Commission
　　　1961 Stout Street, Suite 1500
　　　Denver, CO
　　　(303) 844-1000